Marion J. Katauskas, Plaintiff-Appellee, v. Alex Katauskas, Defendant-Appellant.

Gen. No. 10,652. 

Fourth District.

January 18, 1966.

 Dyer, Richmond & Moore, of Hoopeston (Kenneth L. Richmond, of counsel), for appellant; Wright and Young, of Danville (William A. Young, of counsel), for appellee. Opinion by PRESIDING JUSTICE TRAPP. Not to be published in full.